UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x
STEPHANIE M. URIE,                      :   DOCKET NO. 3: 04 CV 00094 (GLG)
                                        :
            Plaintiff,                  :
                                        :
   -against-                            :
                                        :
YALE UNIVERSITY,                        :
                                        :
            Defendant.                  :
                                        :
                                        :   APRIL 20, 2004
-----------------------------------------------------------------x

## DEFENDANT YALE UNIVERSITY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant Yale University ("Yale") respectfully submits this motion to dismiss plaintiff Stephanie M. Urie's Complaint in its entirety with prejudice since she has failed to state any claim upon which relief can be granted.

In support of this motion, Yale simultaneously files herewith the accompanying memorandum of law.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

        DEFENDANT,
        YALE UNIVERSITY


By_____
    Felix J. Springer (ct 05700)
    Melissa L. Bellavia (ct 22319)
    Day, Berry & Howard LLP
    CityPlace
    Hartford, CT  06103
    Telephone No. (860) 275-0100
    Facsimile No.   (860) 275-0343
    fjspringer@dbh.com
    mlbellavia@dbh.com
    Its Attorneys

-3-

## CERTIFICATION

      THIS IS TO CERTIFY that, on April 20, 2004, a copy of the foregoing Motion to Dismiss was sent via regular first class mail, postage prepaid, to:

Robert C.E. Laney, Esq.
Catherine S. Nietzel, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
8 Fourth Street
P.O. Box 3057
Stamford, CT   06905

Stephen G. Norten, Esq.
Elizabeth J. Grant, Esq.
Paul, Frank & Collins
One Church Street
P.O. Box 1307
Burlington, VT   05401-1307

                                                               _____
                                                               Felix J. Springer