UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
STEPHANIE URIE,                                : DOCKET NO. 3: 04 CV 00094 (RNC)
              Plaintiff,                       :
                                               :
  -against-                                    :
                                               :
YALE UNIVERSITY,                               :
              Defendant.                       :
                                               : JUNE 13, 2005
---------------------------------------------------------------x

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Stephanie Urie, and the defendant, Yale University, by and through their attorneys, hereby stipulate that this action may be dismissed with prejudice and without either costs or attorney's fees being assessed to any of the above named parties. There shall be no right of appeal.

PLAINTIFF STEPHANIE URIE

By _____
Rebecca van Doren (ct25933)
rvandoren@pfclaw.com
Paul Frank + Collins P.C.
One Church Street
P.O. Box 1307
Burlington, VT 05402-1307
Business: (802) 658-2311
Fax: (802) 658-0042

July 6, 2005. Approved. So ordered.
Robert N. Chatigny, U.S.D.J.

04CV94 END36